

## NUMBER 13-13-00534-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JOSE LUIS AGUILAR, **APPELLANT,**

v.

THE STATE OF TEXAS, **APPELLEE.**

### On Appeal from the 36th District Court
### of San Patricio County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Jose Luis Aguilar, attempted to appeal this Court's denial of his petition for writ of mandamus. *See generally In re Aguilar*, No. 13-13-00467-CR, 2013 WL 4734773, at **1–3 (Tex. App.-Corpus Christi Sept. 3, 2013, orig. proceeding) (per curiam mem. op.). On October 3, 2013, the Clerk of this Court notified appellant that it appeared

that the order from which the appeal was taken was not an appealable order and requested correction of this defect within ten days or the appeal would be dismissed. Appellant failed to respond to the Court's directive.

Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, TEX. R. APP. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

The Court, having examined and fully considered the documents on file, is of the opinion that it lacks jurisdiction over this attempted appeal. Accordingly, the appeal is DISMISSED.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 16th
day of January, 2014.

2